AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>FRANK WILLIAM ROBERSTON PERRY<br><br>*Defendant(s)* | )<br>)<br>) Case No.  1:20-mj-2579 TMD<br>)<br>)<br>)<br>) |

__X__ FILED  ___ ENTERED
____ LOGGED  _____ RECEIVED

**10:18 am, Oct 09 2020**
AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY crp_____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 7, 2020  in the county of  Baltimore  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Prohibited Person |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Patrick Straub, which is incorporated herein by reference

☐ Continued on the attached sheet.

*Patrick Straub*
Complainant's signature

FBI Special Agent Patrick Straub
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 10/9/2020

*Thomas M. DiGirolamo*
Judge's signature

City and state:  Baltimore, Maryland  U.S. Magistrate Judge Thomas M. DiGirolamo
Printed name and title