FILED_____ ENTERED
LOGGED_____ RECEIVED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

OCT 09 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**UNITED STATES OF AMERICA**

&ast;

**vs.**                                Case No.   **20-02579TMB**

&ast;

**Frank William Roberston Perry**

&ast;

&ast;&ast;&ast;&ast;&ast;&ast;

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention

hearing is set for _____ October 19, 2020 _____ *(date)* at ___9:30 a.m.___ *(time)*

before _____ Thomas M. GiGirolamo _____,

United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom

7B _____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)

(_____ ) (Other Custodial Official)

and produced for the hearing.

October 9, 2020
Date

J. Mark Coulson
United States Magistrate Judge