===============================================================

# *UNITED STATES DISTRICT COURT*
## -------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                              CASE NUMBER: TMD-20-2579

FRANK WILLIAM ROBERTSON PERRY

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Frank William Robertson Perry. I certify that I am admitted to practice in this court.

Date: October 14, 2020

                                      _____/s/_____
                                      BRENDAN HURSON, #28179
                                      Assistant Federal Public Defender
                                      Tower II - 9TH Floor
                                      100 South Charles Street
                                      Baltimore, Maryland 21201
                                      (410) 962-3962 (t)
                                      (410) 962-0872 (f)
                                      Email: brendan_hurson@fd.org