===========================================================================

# *UNITED STATES DISTRICT COURT*
## -------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.  CASE NUMBER: TMD-20-02579

FRANK WILLIAM PERRY

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Frank William Perry. I certify that I am eligible to practice in this court.

Date: October 16, 2020  /s/
DESIREE LASSITER, #805578
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: desiree_lassiter@fd.org